**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANNIA**

| | |
|---|---|
| **PAUL HANDZA**, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>**VECTOR SECURITY, INC.**<br><br>Defendant. | Case No.: 2:25-cv-00258-SPB |

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Paul Handza ("Plaintiff"), by and through his undersigned counsel, hereby voluntarily dismisses this action against Defendant, Vector Security, Inc., without prejudice.

Dated: January 23, 2026

Respectfully submitted,

*/s/ Kenneth J. Grunfeld*

Kenneth J. Grunfeld
**KOPELOWITZ OSTROW P.A.**
65 Overhill Road
Bala Cynwyd, PA 19004
Tel: (954) 332-4200
grunfeld@kolawyers.com

*Counsel for Plaintiff*

It is so ORDERED this 26th day of January, 2026.

SUSAN PARADISE BAXTER
United States District Judge